UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES LANTOS,<br>    Plaintiff,<br><br>v.<br><br>HARBOR GROUP MANAGEMENT<br>COMPANY, INC., GARDENCREST<br>GARDENS, LLC, and DANIEL GRAY,<br>    Defendants. | )<br>)<br>)<br>)   Civil Action No.24-CV-12010-MJJ<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' PARTIAL MOTION TO STRIKE AND PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Harbor Group Management Company, Inc., Gardencrest Gardens, LLC, and Daniel Gray (hereinafter, the "Defendants") move to strike various redundant and immaterial allegations contained in Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(f).  Additionally, Defendants move that Counts I, II, VI, and VII of the Complaint be dismissed for failure to state a claim for which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).  As further grounds for this Motion, Defendants refer to the Memorandum of Law filed herewith.

For the reasons stated herein and in the memorandum filed herewith, Defendants respectfully request that this Honorable Court enter an order:

(1) Striking the unnumbered sections of the Complaint from Page 5 to Page 9;

(2) Striking as immaterial Counts VI and VII of the Complaint;

(3) Dismissing Count I, II, VI, and VII of the Complaint for failure to state grounds for which relief can be granted; and

(4) Awarding such other relief as this court deems just and fit.

1

                        Defendants,
HARBOR GROUP MANAGEMENT COMPANY, INC., GARDENCREST GARDENS, LLC, and DANIEL GRAY

 /s/  Paul A. Hourihan
Paul A. Hourihan (BBO #682505)
phourihan@kiernantrebach.com
Kiernan Trebach LLP
40 Court Street, 3rd Floor
Boston, Massachusetts 02108
September 3, 2024                     (617) 426-3900

## CERTIFICATE OF SERVICE

      This is to certify that on this 3rd day of September, 2024, I served a copy of the foregoing on the below parties via email and caused to be served via the District Court ECF system via email, where applicable:

Via ECF and Email:
Mr. James Lantos
408 Paris Hill Road
South Paris, ME 04281
jim@jimlantos.com

 /s/  Paul A. Hourihan
Paul A. Hourihan