**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES D. LANTOS, | Case No.: 1:24-cv-12010-MJJ |
| Plaintiff, | |
| vs. | **MOTION FOR STAY** |
| HARBOR GROUP MANAGEMENT CO., INC. GARDENCREST GARDENS, LLC, and DANIEL GRAY | |
| Defendants | |

**MOTION FOR STAY**

NOW COMES the Plaintiff, James Lantos, appearing Pro Se, and respectfully moves this Honorable Court to stay all proceedings in the above-captioned case due to ongoing settlement negotiations between the parties. In support of this Motion, the Plaintiff states as follows:

1. Background of the Case:

The Plaintiff filed this action against the Defendant on August 2, 2024 for various personal injury related, discrimination and other civil infractions.

2. Settlement Negotiations:

The parties have been engaged in good-faith settlement negotiations and are making progress toward a resolution of this matter without further litigation. The Plaintiff believes that these discussions, if continued, could lead to an amicable settlement, avoiding unnecessary costs and the time involved in further litigation. The attorney for the Defendant has also stated he is not in opposition to the filing of this Stay.

3. Request for Stay:

In the interest of judicial economy and to allow the parties to focus on settlement discussions, the Plaintiff respectfully requests that this Honorable Court issue an Order staying all proceedings in this case for a period of 60 days, or until such time as the parties have either resolved the matter or reached an impasse in negotiations.

4. Good Faith Efforts:

The Plaintiff assures the Court that this request is made in good faith and not for the purpose of delay. The Plaintiff seeks this stay to facilitate ongoing negotiations that could resolve this matter without further judicial intervention.

5. No Prejudice to Defendant:

Granting this Motion will not prejudice the Defendant, as the stay will allow both parties to potentially reach a settlement that could benefit both sides and avoid further litigation.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant this Motion and stay all proceedings in this case for a period of 60 days, or until further order of the Court, and for such other relief as the Court deems just and proper.

Dated: September 24, 2024

Respectfully Submitted,

By: __/s/ James Lantos_____
JAMES D. LANTOS
Pro-se Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES D. LANTOS,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>HARBOR GROUP MANAGEMENT CO., INC.<br>GARDENCREST GARDENS, LLC, and<br>DANIEL GRAY<br><br>　　　　　　　Defendants | Case No.: 1:24-cv-12010-MJJ<br><br>**MOTION FOR STAY** |

## CERTIFICATE OF SERVICE

I hereby certify that on this Dated this 24t$^h$ day of September, 2024, I filed the foregoing with the Clerk of the Court for the District Court of Massachusetts. When filed with the ECF system by the clerk, all defendants registered with CM/EFC will be notified. Those who are not registered with the CM/EFC be served by US Mail.

Dated: September 24, 2024

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Plaintiff in Pro-Se, JAMES LANTOS

　　　　　　　　　　　　　　　　　　　/s/ James Lantos

3